# ELECTRONIC RECORD

621-15

COA # 02-14-00419-CR OFFENSE: 31.03A

STYLE: Melanie Storm v. The State of Texas    COUNTY: Tarrant

COA DISPOSITION: AFFIRMED    TRIAL COURT: Criminal District Court No. 1

DATE: 04/23/15    Publish: NO TC CASE #: 1373849D

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Melanie Storm v. The State of Texas    CCA #: 621-15

_APPELLANT'S_ Petition    CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____

refused    JUDGE: _____

DATE: July 29, 2015    SIGNED: _____    PC: _____

JUDGE: Pe    PUBLISH: _____    DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD